JEFFREY J. PITTS et al., Appellants, v BELL CONSTRUCTORS, INC., Also Known as BELL CONSTRUCTORS OF ROCHESTER,

Respondent. [924 NYS2d 914]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Lindley, Green and Martoche, JJ.